■ In the Matter of BALJIT SINGH, a Suspended Attorney. [673 NYS2d 587] —Motion confirming the Hearing Panel's report granted, and petitioner reinstated as an attorney and counselor-at-law in the State of New York, effective immediately. No opinion. Concur—Rosenberger, J. P., Nardelli, Rubin, Tom and Mazzarelli, JJ.

■ In the Matter of TREVOR L. BROOKS (Admitted as TREVOR LESLIE BROOKS), a Suspended Attorney. [673 NYS2d 587] —Motion to vacate the order of suspension denied. No opinion. Concur—Sullivan, J. P., Ellerin, Williams, Tom and Andrias, JJ.